AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

UNITED STATES OF AMERICA

V.

ISRAEL ESPINOZA-CHAVEZ

**NOTICE**

CASE NUMBER: 3:10CR00026

TYPE OF CASE:

☐ **CIVIL**   ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| US DISTRICT COURT<br>255 W MAIN STREET<br>CHARLOTTESVILLE VA 22902 | 326 |
| | DATE AND TIME |
| | 8/25/2010 10:30 am |

TYPE OF PROCEEDING

INITIAL APPEARANCE - ARRAIGNMENT
**SPANISH INTERPRETER NEEDED**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JULIA C DUDLEY
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

8/17/2010              s/ Michele Bottiglieri
DATE                   (BY) DEPUTY CLERK

TO:

US Attorney's Office
US Probation Office
US Marshal Service
Court reporter co-oridinator
Stand-by counsel